**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHARLES LIEBERMAN, on behalf of himself and all others similarly situated,

*Plaintiff*,

v.

COMPASS, INC. D/B/A COMPASS INTERNATIONAL HOLDINGS,

*Defendant*.

Case No. 1:26-cv-07077-MMG

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Defendant Compass, Inc. d/b/a Compass International Holdings hereby moves this Court at a date and time to be determined for entry of an order dismissing Plaintiff's Amended Class Action Complaint for lack of standing under Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are set forth in the accompanying Memorandum of Law.

Dated: New York, New York
November 10, 2026

KELLEY DRYE & WARREN LLP

By: */s/ Sean M. Farrell*

Sean M. Farrell
sefarrell@kelleydrye.com

3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone: 212-808-7800
Facsimile: 212-808-7897

*Attorneys for Compass, Inc.*